UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ARMANDO LANGARICA,<br>    Petitioner,<br>    v.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>    Respondent. | Case No. 15-cv-05998-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the San Joaquin County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 12, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ARMANDO LANGARICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.　15-cv-05998-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on January 12, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Armando Langarica ID: ID: AI-4945
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: January 12, 2016

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:____*Karen L. Hom*____
　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO